IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MOHAMED HALLAK,<br>Plaintiff<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; DENIS RIORDAN, Director, Boston District Office of the U.S. Citizenship and Immigrations Services; ALBERTO GONZALES, Attorney General of the United States; ROBERT MUELLER III, Director, Federal Bureau of Investigations,<br>Defendants. | C.A. No. 07-303S |

DEFENDANTS' ASSENTED -TO MOTION FOR ENLARGEMENT OF TIME

The United States of America, on behalf of the Defendants, moves that the Defendants' time to answer or otherwise respond to the Complaint be enlarged up to and including December 14, 2007. As grounds for this motion, Defendants state that additional time is needed to obtain and review the administrative file in this matter.

Plaintiff's attorney was contacted on November, 8, 2007, and has assented to this motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
Fleet Center, 50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: richard.myrus@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2007, I electronically filed the within Defendants' Assented-To Motion for Enlargement of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Patricia Smock, Esq.
401 Wampanoag Trail
Suite 300
East Providence, RI 02195

Joshua L. Goldstein , Esq.
Law Offices of Joshua L. Goldstein, PC
6 Beacon Street, Suite 600
Boston, MA 02108

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney