UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MOHAMED HALLAK,<br>Plaintiff<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; DENIS RIORDAN, Director, Boston District Office of the U.S. Citizenship and Immigrations Services; ALBERTO GONZALES, Attorney General of the United States; ROBERT MUELLER III, Director, Federal Bureau of Investigations,<br>Defendants. | ) | C.A. No. 07-303S |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of this action with prejudice, because the United States Citizenship and Immigration Services has approved the plaintiff's Application for Naturalization and scheduled his naturalization oath ceremony for January 14, 2008. It is also agreed that each party will bear its own costs, fees, and expenses.

Respectfully submitted,

For the Plaintiff,

MOHAMED HALLAK

/s/Joshua L. Goldstein
JOSHUA L. GOLDSTEIN, ESQ.
Law Offices of Joshua L. Goldstein, PC
6 Beacon Street, Suite 600
Boston, MA 02108
617-722-0005

For the Defendants,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000